FILED
CLERK, U.S. DISTRICT COURT
09/29/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BRETT WAYNE PARKINS,<br><br>　　　　Defendant. | No. 8:21-cr-00175-FLA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 39A: Aiming a Laser Pointer at an Aircraft] |

　　The Grand Jury charges:

[18 U.S.C. § 39A]

　　On or about July 25, 2021, in Orange County, within the Central District of California, defendant BRETT WAYNE PARKINS knowingly aimed the beam of a laser pointer at an aircraft, namely, a MD520N helicopter, tail number N523HB, owned and operated by the Huntington

//

//

Beach Police Department, in the special aircraft jurisdiction of the United States, and in the flight path of said aircraft.

A TRUE BILL

/s/
_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

[signature]

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

KRISTIN N. SPENCER
Assistant United States Attorney
Santa Ana Branch Office